TO: THE CLERK OF THE COURT    **PD-0461-15**    APRIL/ 19 /2015

11th COURT OF APPEALS

EASTLAND, TEXAS

RE: EVANS V STATE No. 11-13-00296-CR

MOTION FOR EXTENTION OF TIME TO FILE PDR

DEAR CLERK,

PLEASE FIND ENCLOSED ONE MOTION FOR EXTENTION OF TIME TO FILE APPELLANT'S

PETITION FOR DISCRETIONARY REVIEW W/ORDER.

PLEASE BRING TO THE ATTENTION OF THE COURT AT EARLIEST.

THANK YOU KINDLY FOR YOUR ASSISTANCE IN THIS MATTER.

RESPECTFULLY,

ARCHER LEE EVANS, 01898480

2101 FM 369 Nth ALLRED UNIT

IOWA PARK, TEXAS

~~XXXXXXXXXXXXX~~

76367-6569

RECEIVED IN
COURT OF CRIMINAL APPEALS

April 24, 2015

ABEL ACOSTA, CLERK

cc personal file

350th District Court of Taylor Co.

FILED IN
COURT OF CRIMINAL APPEALS

April 24, 2015

ABEL ACOSTA, CLERK

IN THE

**ELEVENTH COURT OF APPEALS**

————

No. 11-13-00296-CR

————

ARCHER LEE EVANS, Appellant

V.

THE STATE OF TEXAS, Appellee

————————————————————————

APPELLANT'S MOTION TO EXTEND TIME LIMIT FOR PETITION FOR DISCRETIONARY REVIEW

————

COMES NOW ARCHER LEE EVANS, Appellant in the above styled and numbered cause and would show the Court the following:

Appellant realizes that the science and art of law is complicated and with the means at his disposal through the unit law library and the limited amount of time he can actually be at the law library each week that it will take at least an extra eight (8) to ten (10) weeks to fully and adequately present his case. Additionally, he has recieved nor requested any other extention of time;

He does not request this extention of time to needlessly delay the Court;

His present due date is April 30,2015;

With the requested extention the new due date would be June 30,2015.

Appellant resectfully requests that the Court grant him the extra time to perfect a viable PETITION FOR DISCRETIONARY REVIEW.

RESPECTFULLY SUBMITTED,

*Archer Lee Evans*   4-19-15

ARCHER LEE EVANS #01898480

## ORDER

### IN THE

### ELEVENTH COURT OF APPEALS

———

ARCHER LEE EVANS, Appellant

V.

The State of Texas, Appellee

————— ——————————————— —————

THE COURT HAS REVIEWED THE SUBMITTED MOTION FOR AN EXTENTION OF TIME TO FILE APPELLANT'S PETITION FOR DISCRETIONARY REVIEW AND FINDS THAT IT WILL

GRANT ( ), DENY ( ) said motion.

Deadline now for the Appellant's Petition for Discretionary Review is,

the ——————— day of ——————————————, 2015.

Executed on this the ————————day of ————————————,2015.

_____

JUDGE PRESIDING

Archer Evans 1898480
Allred Unit
2101 Fm 369. N
Iowa Park, TX

763467-6568

Spicdke
Criminal
Appeals

S

NORTH TEXAS TX PBDC
DALLAS TX 750
27 APR 2015 PM 1 L

11th Clerk Sherry Williamson
EASTLAND CO. courthouse
100 W. MAIN ST. STE 300
P.O. Box 271
EASTLAND, TX
76448270075